# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ENRIQUE PONCE LEIVA,<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY CORRECTIONAL CENTER, et al.,<br>Respondents. | Case No. 1:26-cv-02835-KES-SAB-HC<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

In the response, Respondents assert that "Petitioner is subject to mandatory detention under 8 U.S.C. § 1226(c)(1)(A)" and that Petitioner filed a petition for review with the Ninth Circuit and was granted a temporary stay of removal. (ECF No. 8 at 2, 3.)

The docket of Petitioner's Ninth Circuit case reflects that on June 24, 2026, the Ninth Circuit denied the petition for review and denied the motion to stay removal as moot. Order, Ponce Leiva v. Blanche, No. 26-1153 (9th Cir. June 24, 2026), ECF No. 19. Additionally, Petitioner filed a motion to reconsider that is still pending. Id., ECF No. 20.

The Court finds that supplemental briefing on the impact of the Ninth Circuit's order, if any, on the petition would assist the Court in this matter.

///

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Respondents SHALL FILE a supplemental brief addressing the issue set forth above; and
2. Within fourteen (14) days of the date of service of Respondents' supplemental brief, Petitioner SHALL FILE a supplemental brief.

IT IS SO ORDERED.

Dated: **August 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge