# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAVIER ENRIQUE PONCE LEIVA,

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY CORRECTIONAL CENTER, et al.,

Respondents.

Case No. 1:26-cv-02835-KES-SAB-HC

ORDER DIRECTING RESPONDENTS TO FILE PREVIOUSLY ORDERED SUPPLEMENTAL BRIEFING

On August 28, 2026, the Court ordered Respondents to file a supplemental brief within fourteen days. (ECF No. 10.) To date, no supplemental brief has been filed.

Accordingly, the Court HEREBY ORDERS that:

1. Within seven (7) days of the date of service of this order, Respondents SHALL FILE a supplemental brief addressing the issue set forth in the Court's August 28, 2026 order; and
2. Within fourteen (14) days of the date of service of Respondents' supplemental brief, Petitioner SHALL FILE a supplemental brief.

IT IS SO ORDERED.

Dated: **September 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge