# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAVIER ENRIQUE PONCE LEIVA,

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY CORRECTIONAL CENTER, et al.,

Respondents.

Case No. 1:26-cv-02835-KES-SAB-HC

ORDER DIRECTING RESPONDENTS TO INFORM COURT OF PETITIONER'S CUSTODY STATUS

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 5, 2026, an order mailed to Petitioner was returned as undeliverable. The docket of Petitioner's Ninth Circuit case reflects that on June 24, 2026, the Ninth Circuit denied the petition for review and denied the motion to stay removal as moot. Order, Ponce Leiva v. Blanche, No. 26-1153 (9th Cir. June 24, 2026), ECF No. 19. Additionally, on October 8, 2026, the Ninth Circuit denied Petitioner's motion to reconsider and renewed motion to stay removal, and the mandate issued on October 16, 2026. Id., ECF Nos. 24, 25.

A search of the U.S. Immigration and Customs Enforcement ("ICE") Online Detainee Locator System using Petitioner's A-number returns with zero results. See ICE Online Detainee Locator System, https://locator.ice.gov/odls/#/search (last visited Nov. 12, 2026). It appears that Petitioner may not be in ICE custody, which could moot his pending habeas petition. See Abdala

v. I.N.S., 488 F.3d 1061, 1065 (9th Cir. 2007) (finding habeas petition challenging length of immigration detention moot because "there was no extant controversy for the district court to act upon" when petitioner was subsequently deported, "thereby curing his complaints about the length of his INS detention").

Accordingly, IT IS HEREBY ORDERED that within **FIVE (5) days** of the date of service of this order, Respondents SHALL inform the Court of Petitioner's current custody status and file any supporting documentation.

IT IS SO ORDERED.

Dated: **November 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge